The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Daquan Lamar Scott
   v. Commonwealth of Virginia
   Record No. 1900-16-1
   Opinion rendered by Judge Humphreys on
   January 30, 2018

2. John Allen Baugh, Jr.
   v. Commonwealth of Virginia
   Record No. 0152-17-2
   Opinion rendered by Judge Malveaux on
   January 30, 2018

3. Denise Hawkins
   v. Darla Grese
   Record No. 0841-17-1
   Opinion rendered by Judge Humphreys on
   February 13, 2018

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. <u>Latron Dupree Brown</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 1998-15-2
   Opinion rendered by Judge Humphreys
   on August 1, 2017
   Refused (171172)